UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

                Debtor.                BKY 15-42460

------------------------------

Paul Hansmeier,                          ADV 17-4076

                Plaintiff,

v.                                                  **ORDER**

Dan Booth, Paul Godfread,
and Jason Sweet,

                Defendant.

At Minneapolis, Minnesota, July 27, 2017.

      This proceeding is before the court on the plaintiff's motion for partial summary judgment. The Court made findings on the record. For reasons stated orally and recorded in open court,

      IT IS ORDERED:

      1.   The plaintiff's motion for partial summary judgment is granted in part and denied in part.

      2.   Defendants Paul Godfread and Jason Sweet knowingly filed false proofs of claims in the plaintiff's Bankruptcy Case No. 15-42460.

      3.   Defendants Dan Booth and Jason Sweet wilfully violated the automatic stay when they filed a motion, post-petition, seeking to have the plaintiff held individually liable on a pre-petition claim in *AF Holdings, LLC v. Chowdhury*, Case

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/27/2017
Lori Vosejpka, Clerk, by LH

No. 12-cv-12105 in the United States District Court for the District of Massachusetts (the "Massachusetts Case") without first seeking and obtaining relief from the automatic stay pursuant to § 362.

    4.   The determination of the amount of sanctions, damages or remedies to be awarded, if any, will be determined at trial.

    5.   Within 14 days of entry of this Order, defendant Jason Sweet shall submit a letter to this Court informing the Court what adversary proceeding in the plaintiff's bankruptcy case he has referred to in status reports dated May 2, 2017, June 2, 2017, and July 7, 2017, and filed in the Massachusetts Case.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE