**BOOTH SWEET LLP**

32R Essex Street  Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

*In re Hansmeier*, No. 17-ap-04076

Dear Judge Sanberg

      Please accept my sincere apologies.

      On April 3, 2017, per order of Judge Indira Talwani, I filed a status report with the District Court of Massachusetts in the matter of *AF Holdings v. Chowdhury*, No. 12-cv-12105 ("April Report").

      In the April Report, I stated:

> On March 8, 2017, the United States Bankruptcy Court for the District of Minnesota denied the motion and instructed the creditors that such relief had to be brought not as a motion, but as an adversary proceeding.
>
> The creditors are in the process of drafting a complaint. However, until adjudication of the adversary proceeding, the automatic stay pursuant to 11 U.S.C. § 362 remains in effect, preventing service upon Hansmeier.

In the subsequent status reports for May thru August, I state:

> The adversary proceeding and the underlying bankruptcy proceeding are still pending [in] the United States Bankruptcy Court for the District of Minnesota.
>
> Until adjudication of the proceedings, the automatic stay pursuant to 11 U.S.C. § 362 remains in effect, preventing service upon Hansmeier.

      The adversary proceeding which I refer to in the May thru August Reports is the Trustee's proceeding against Chowdhury which was, and remains, under appeal. As you note, I now realize the change in adversary proceedings referenced was made without explanation.

      There was no intention to mislead the *Chowdhury* court. I was simply attempting to inform it that the stay was still in effect and that there were at least two relevant proceedings affecting the status of the stay.

      Though my intentions were pure, I acknowledge my ignorance with bankruptcy terms of art has instead added misunderstanding to an already complicated matter. I cannot make any excuses for what I did, and am very sorry for any confusion that transpired because of it. I meant no disrespect to you or the Court.

Dated: August 8, 2017

Humbly,

Jason Sweet