# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-42460 |
| Paul Hansmeier, | Chapter 11 |
| Debtor. | |
| Paul Hansmeier, | Adversary Proceeding No.: 17-4076 |
| Plaintiff, | |
| v. | |
| Dan Booth, Paul Godfread, and Jason Sweet, | |
| Defendants. | |

## STIPULATION OF DISMISSAL IN REGARDS TO DEFENDANTS DAN BOOTH AND JASON SWEET

It is now hereby **STIPULATED AND AGREED** by and between Plaintiffs and Defendants Dan Booth and Jason Sweet, through their respective undersigned counsel, that this action may be and hereby is **Dismissed with Prejudice** and on the merits in regards to Defendants Dan Booth and Jason Sweet but without costs or disbursements to any party, and that a **Judgment of Dismissal with Prejudice** and on the merits may be entered in regards to Defendants Dan Booth and Jason Sweet in the above-entitled action.

1

**IT IS FURTHER STIPULATED AND AGREED** that a Judgment of Dismissal with Prejudice may be entered in regards to Defendants Dan Booth and Jason Sweet by any party pursuant to this Stipulation without further notice to any other party.

**IT IS FURTHER STIPULATED AND AGREED**, that there are no just reasons for delay and that the parties named herein consent to entry of Judgment accordingly.

Dated: 9/12/17

By: *(signature)*
Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
*Plaintiff*

Dated: 9/12/17

By: *(signature)*
Aaron M. Simon Esq. (#0331132)
Brownson Norby, PLLC
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402
(612) 332-4020
(612) 332-4025 (Facsimile)
asimon@brownsonnorby.com
*Attorneys for Defendants Dan Booth and Jason Sweet*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-42460 |
| Paul Hansmeier, | Chapter 11 |
| Debtor. | |
| Paul Hansmeier, | Adversary Proceeding No.: 17-4076 |
| Plaintiff, | |
| v. | |
| Dan Booth, Paul Godfread, and Jason Sweet, | |
| Defendants. | |

**ORDER FOR JUDGMENT IN REGARDS TO DISMISSAL OF DEFENDANTS DAN BOOTH AND JASON SWEET**

Based the stipulation of the parties **IT IS HEREBY ORDERED** that in the above-entitled action that Judgment of Dismissal with Prejudice be entered in regards to Defendants Dan Booth and Jason Sweet, without costs or disbursements to any party. There being no just reasons for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: _____      _____