UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | BKY15-42460 |
|---|---|
| Paul Hansmeier, | Chapter 11 |
| Debtor. | |
| Paul Hansmeier, | ADV 17-4076 |
| Plaintiff, | |
| v. | |
| Dan Booth, Paul Godfread, and Jason Sweet, | |
| Defendants. | |

## ORDER OF DISMISSAL REGARDING DEFENDANTS
## DAN BOOTH AND JASON SWEET

Pursuant to the stipulation of the parties,

IT IS ORDERED: This adversary proceeding is dismissed with prejudice in regards to defendants Dan Booth and Jason Sweet, without costs or disbursements to any party.

Dated: September 19, 2017

/e/ Kathleen H. Sanberg
*KATHLEEN H. SANBERG*
*CHIEF UNITED STATES BANKRUPTCY JUDGE*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/19/2017
Lori Vosejpka, Clerk, by LH