UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

           Debtor.                   BKY 15-42460

----------------------------

Paul Hansmeier,                        ADV 17-4076

           Plaintiff,

v.                                      **ORDER**

Dan Booth; Paul Godfread; and
Jason Sweet,

           Defendants.

At Minneapolis, Minnesota, December 7, 2017.

      This proceeding is before the court on the plaintiff's motion for summary judgment.

      For reasons stated orally and recorded in open court,

      IT IS ORDERED:

      1.   The motion is granted.

      2.   Defendant Paul Godfread is ordered to pay $1,050.00 to the plaintiff within fourteen days of this order.

      /e/ Kathleen H. Sanberg

_____
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/07/2017*
Lori Vosejpka, Clerk, by LH