UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

        Debtor.

BKY 15-42460

----------------------------------

Paul Hansmeier,

        Plaintiff,

v.

Dan Booth; Paul Godfread; and Jason Sweet,

        Defendants.

ADV 17-4076

**JUDGMENT**

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. This adversary proceeding is dismissed with prejudice in regards to defendants Dan Booth and Jason Sweet, without costs or disbursements to any party.

2. Defendant Paul Godfread is ordered to pay $1,050.00 to the plaintiff within fourteen days of the order granting summary judgment entered on December 7, 2017 (Docket Entry 29).

Dated:     December 13, 2017                     Lori A. Vosejpka
At:          Minneapolis, Minnesota            Clerk of Bankruptcy Court

                                                          /e/ Lynn M. Hennen

By: _____

                                                          Lynn M. Hennen
                                                          Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/13/2017*
Lori Vosejpka, Clerk, by LH

```
                            United States Bankruptcy Court
                                 District of Minnesota
HANSMEIER,
           Plaintiff                                       Adv. Proc. No. 17-04076-KHS
BOOTH,
           Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0864-4          User: lynn                 Page 1 of 2             Date Rcvd: Dec 13, 2017
                              Form ID: pdf111            Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
dft            +DAN BOOTH,    32R Essex Street, Studio 1A,    Cambridge, MA 02139-2646
dft            +JASON SWEET,    32R Essex Street, Studio 1A,    Cambridge, MA 02139-2646
dft            +PAUL GODFREAD,    6043 Hudson Road, Suite 305,    Woodbury, MN 55125-1035
pla            +PAUL HANSMEIER,    9272 Cortland Alcove,    Woodbury, MN 55125-9115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Aaron M. Simon    on behalf of Defendant PAUL  GODFREAD asimon@brownsonnorby.com,
               lwaskosky@brownsonnorby.com
              Aaron M. Simon    on behalf of Defendant DAN  BOOTH asimon@brownsonnorby.com,
               lwaskosky@brownsonnorby.com
              Aaron M. Simon    on behalf of Defendant JASON  SWEET asimon@brownsonnorby.com,
               lwaskosky@brownsonnorby.com
              Adine S. Momoh    on behalf of Interested Party John  Doe adine.momoh@stinsonleonard.com,
               bonnie.heidtke@stinson.com
              Colin  Kreuziger    on behalf of Plaintiff Daniel M McDermott Colin.Kreuziger@usdoj.gov,
               Nissa.L.Atkinson@usdoj.gov
              David M. Burns    on behalf of Interested Party Padraigin  Browne dave@daveburnslaw.com
              David M. Burns    on behalf of Defendant Padraigin  Browne dave@daveburnslaw.com
              Edward P. Sheu    on behalf of Interested Party   Best & Flanagan LLP, Paul Godfread, Phillip
               Gainsley, Thompson Hall Santi Cerny & Katkov and Sandipan Chowdhury esheu@bestlaw.com,
               cstrom@bestlaw.com
              Erin K. Russell    on behalf of Interested Party   Certain John Does erin@russellfirmchicago.com
              Erin K. Russell    on behalf of Interested Party Certain John  Does erin@russellfirmchicago.com
              Gregory A Burrell    on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com
              Jason E. Sweet    on behalf of Defendant   Booth Sweet, LLP jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Interested Party Paul  Godfread jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Plaintiff   Booth Sweet, LLP jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Interested Party    Certain John Does jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Interested Party Alan  Cooper jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Plaintiff Sandipan  Chowdhury jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Interested Party Sandipan  Chowdhury jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Interested Party Anthony  Smith jsweet@boothsweet.com,
               info@boothsweet.com
              Jason E. Sweet    on behalf of Defendant Sandipan  Chowdhury jsweet@boothsweet.com,
               info@boothsweet.com
```

```
District/off: 0864-4           User: lynn                 Page 2 of 2                   Date Rcvd: Dec 13, 2017
                               Form ID: pdf111            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Jon E Paulson    on behalf of Interested Party Paul  Godfread paulsonlawfirmpllc@gmail.com, jak.paulson@gmail.com
         Jon E Paulson    on behalf of Defendant PAUL  GODFREAD paulsonlawfirmpllc@gmail.com, jak.paulson@gmail.com
         Matthew D. Swanson    on behalf of Trustee Randall L. Seaver mswanson@fssklaw.com
         Matthew D. Swanson    on behalf of Defendant RANDALL L SEAVER mswanson@fssklaw.com
         Matthew D. Swanson    on behalf of Defendant Matthew D Swanson mswanson@fssklaw.com
         Matthew D. Swanson    on behalf of Plaintiff Randall L. Seaver - Trustee mswanson@fssklaw.com
         Michael R Fadlovich    on behalf of U.S. Trustee    US Trustee michael.fadlovich@usdoj.gov
         Paul A Godfread    on behalf of Interested Party Alan  Cooper paul@godfreadlaw.com
         Paul A Godfread    on behalf of Defendant PAUL  GODFREAD paul@godfreadlaw.com
         Paul A Godfread    on behalf of Defendant JASON  SWEET paul@godfreadlaw.com
         Paul A Godfread    on behalf of Defendant DAN  BOOTH paul@godfreadlaw.com
         Randall L. Seaver    on behalf of Plaintiff Randall L. Seaver - Trustee rseaver@fssklaw.com
         Randall L. Seaver    rseaver@fssklaw.com, rseaver@ecf.epiqsystems.com
         Sam  Calvert    on behalf of Interested Party SAMUEL V CALVERT calcloud@gmail.com, calcloud1@gmail.com;calvert.sam@gmail.com
         US Trustee    ustpregion12.mn.ecf@usdoj.gov

         TOTAL: 35